**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| MARY HARRIS, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | 3:05-CV-2358-B |
| JO ANNE B. BARNHART, § | (ECF) |
| COMMISSIONER of the SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
|     Defendant § | |

### ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. After an independent review of the proposed findings and conclusions, the Court finds that they are correct, and they are adopted as the findings and conclusions of the Court. Further, the Court adopts the recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.

SO ORDERED this 13th day of March, 2007.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE